1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDEERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BARBOSA CABINETS, INC., a California corporation; REPUBLIC ELITE, LLC, a Delaware Limited Liability Company; PROLOGIS, INC., a Maryland corporation; PROLOGIS, L.P., a Delaware Limited Partnership; and DOES 1-10, inclusive,<br><br>Defendant. | Case No: 2:25-CV-02748-AC<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>*[Concurrently filed with Ex Parte Application; Declaration of Byron P. Gee]*<br><br>Date:<br>Time:<br>Courtroom: 26<br><br>Date Action Filed: September 25, 2025<br>Trial Date: None Yet |

Case No. 2:25-CV-02748-AC

[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME

# [~~PROPOSED~~] ORDER

Upon consideration of Defendants Barbosa Cabinets, Inc. and Republic Elite, LLC's (together, "Defendants") ex parte application for an extension of time to respond to the Complaint filed by Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC, and for good cause shown, it is hereby **ORDERED** that the application is **GRANTED**. Defendants shall have until November 13, 2025, to file a responsive pleading.

**IT IS SO ORDERED.**

Date:   October 10, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

63842831.v2