MATTHEW H. WEINER (SBN 236394)
DAVID D. MESA (SBN 257488)
**PIERSON FERDINAND LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: 415.915.4415
Facsimile: 415.890.4845
*matthewweiner@pierferd.com*
*david.mesa@pierferd.com*

Attorneys for Defendants
PROLOGIS, INC. AND PROLOGIS, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Central Valley Eden Environmental Defenders, LLC, a California limited liability company , <br><br> Plaintiff, <br><br> v. <br><br> BARBOSA CABINETS, INC., a California corporation; REPUBLIC ELITE, LLC, a Delaware Limited Liability Company PROLOGIS, INC., a Maryland corporation; PROLOGIS, L.P., a Delaware Limited Partnership;, and DOES 1 10, inclusive,. <br><br> Defendants. | Case No.: 2:25-cv-02748 <br><br> STIPULATION TO EXTEND DEFENDANTS PROLOGIS, INC. AND PROLOGIS, L.P.'S DEADLINE TO RESPOND TO COMPLAINT TO NOVEMBER 13, 2025; [~~PROPOSED~~] ORDER <br><br> Complaint Filed: September 25, 2025 <br> Current Response Deadline: October 16, 2025 <br> Proposed New Deadline: November 13, 2025 |

Plaintiff CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC ("Plaintiff") and Defendants PROLOGIS, INC. AND PROLOGIS, L.P. ("Prologis") who join in this Stipulation (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. Plaintiff filed the Complaint on September 25, 2025.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline

1  to respond to the Complaint is currently October 16, 2025.

2      3. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Eastern District of California Local Rule 144(a), the Parties stipulate to extend the deadline for Defendants to answer, move, or otherwise respond to the Complaint to **November 13, 2025**.

    4. Good cause exists for this extension as defense counsel has recently been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

    5. This is the first stipulation to extend the time for Defendants to respond to the Complaint, and the extension sought does not exceed 28 days as allowed by Local Rule 144(a).

    6. This stipulation is made to allow the Parties to facilitate discussions, evaluate the issues, and avoid unnecessary motion practice, and is not sought for purposes of delay.

    7. The Parties agree that no other deadlines are affected by this stipulation.

Dated: October 16, 2025      **PIERSON FERDINAND LLP**

                                By: /s/ *David D. Mesa*
                                    Matthew H. Weiner
                                    David D. Mesa
                                    Attorneys for Defendants
                                    PROLOGIS, INC. AND PROLOGIS, L.P.

Dated: October 16, 2025      **EDEN ENVIRONMENTAL DEFENDERS**

                                By: /s/ *Adam D. Brumm*
                                    Adam D. Brumm
                                    Attorneys for Plaintiff
                                    CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDERS, LLC

**[PROPOSED] ORDER**

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated: October 20, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE