UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL VALLEY EDEN ENVIRONMENTAL DEFENDEERS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>BARBOSA CABINETS, INC., a California corporation; REPUBLIC ELITE, LLC, a Delaware Limited Liability Company; PROLOGIS, INC., a Maryland corporation; PROLOGIS, L.P., a Delaware Limited Partnership; and DOES 1-10, inclusive,<br><br>        Defendant. | Case No:  2:25-CV-02748-AC<br><br>**ORDER GRANTING STIPULATION SETTING HEARING DATE**<br><br>*[Concurrently filed with Stipulation Setting Hearing Date]*<br><br>Date: April 16, 2026<br>Time: 1:30 p.m.<br>Courtroom: 7<br><br>Date Action Filed: September 25, 2025<br>Trial Date: None Yet |

**ORDER**

The Court, having reviewed the parties' Stipulation Setting Hearing Date and Briefing Schedule ("Stipulation") and good cause appearing, hereby **GRANTS** the parties' Stipulation and orders that the hearing regarding Defendants Barbosa Cabinets, Inc.'s, Republic Elite, LLC's, Prologis, Inc.'s, And Prologis, L.P's Motions To Dismiss Plaintiff Central Valley Eden Environmental Defenders, LLC's First Amended Complaint is set for April 16, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  February 20, 2026                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE